## ELECTRONIC RECORD

COA # 01-13-00908-CR          OFFENSE: 22.02 (Aggravated Assault)

STYLE: Michael Oduro Kwarteng v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 182nd District Court

DATE: 06/25/15          Publish: NO          TC CASE #: 1365142

## IN THE COURT OF CRIMINAL APPEALS

951-15
952-15

STYLE: Michael Oduro Kwarteng v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 11/04/2015

JUDGE: _____

CCA #: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD